IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                                              Case No. 09-2366-JWL-GLR

PHILLIP DECOUTEAU, et al.,

                Defendants.

### COMPLIANCE ORDER OF JUDGMENT DEBTOR DECOUTEAU

On June 3, 2011, the Court ordered Defendant Phillip DeCouteau ("Defendant") to appear for a judgment debtor examination scheduled for July 14, 2011. *See* Order of June 3, 2011, (ECF No. 22). The Court held no hearing on the matter because Defendant met informally with Andrea Taylor, Assistant United States Attorney for the District of Kansas, and answered questions concerning his property, assets, and income. Given the informal meeting, the Court finds that Defendant appeared and fully responded to the financial questions as required by the Order of June 3, 2011, (ECF No. 22). Consequently, the Court hereby finds that Defendant Phillip DeCouteau has fully complied with the Order of June 3, 2011, (ECF No. 22).

    **IT IS SO ORDERED.**

    **Dated in Kansas City, Kansas, on this 15th day of August, 2011.**

                                                             s/ Gerald L. Rushfelt
                                                             Gerald L. Rushfelt
                                                              United States Magistrate Judge